HARRY R. ROEDER, INC., et al., Appellants, *v.* OTTO R. ROEDER, Respondent.

(Argued January 19, 1933; decided February 28, 1933.)

*Martin E. Raphael* and *Irwin Isaacs* for appellants.

*Max Ornstein* and *M. W. Markowitz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.